**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

OCT 29 2018

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.    17-30241 |
| Plaintiff-Appellee, | D.C. No. 1:16-cr-00195-EJL |
| v. | |
| JAMES PEIRSOL, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Idaho
Edward J. Lodge, District Judge, Presiding

Submitted October 22, 2018[**]

Before:    SILVERMAN, GRABER, and GOULD, Circuit Judges.

James Peirsol appeals from the district court's judgment and challenges his

guilty-plea conviction and 200-month sentence for distributing methamphetamine,

in violation of 21 U.S.C. § 841(a)(1).  Pursuant to *Anders v. California*, 386 U.S.

738 (1967), Peirsol's counsel has filed a brief stating that there are no grounds for

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

relief, along with a motion to withdraw as counsel of record. We have provided Peirsol the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Peirsol waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**